IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LEONARD LUCKEY,**

    **Plaintiff,**

v.                                                                             Case No.     5:14cv315-MW/GRJ

**OFFICER MAY, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 57. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Defendants' Motion to Dismiss, ECF No. 47, is **DENIED** as it relates to the February 2014 assault and **GRANTED** as it relates to the January 2014 assault. This cause is **remitted** to the Magistrate Judge to allow Plaintiff to proceed with his claims related to the February 2014 assault.

**SO ORDERED on March 22, 2016.**

                                                  s/Mark E. Walker_____
                                                **United States District Judge**