IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LEONARD LUCKY,**

    **Plaintiff,**

**v.**          **Case No. 5:14cv315-MW/GRJ**

**OFFICER MAY, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 91. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Defendants' motion to dismiss, ECF No. 75 is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on January 31, 2017.**

                                        **s/Mark E. Walker            \_\_\_\_**
                                        **United States District Judge**